IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MACHELLE WIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-026 |
| | ) | |
| UNIVERSITY HOSPITAL; | ) | |
| DANETTE THOMAS; and | ) | |
| VITA MASON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff commenced the above-captioned employment discrimination case *pro se* and is proceeding *in forma pauperis* ("IFP"). Upon screening the complaint, the Magistrate Judge found Plaintiff had arguably stated claims for racial discrimination and retaliation under Title VII, and directed the United States Marshal to serve Defendant University Hospital. (Doc. no. 8.) In a companion Report and Recommendation ("R&R"), the Magistrate Judge recommended dismissal of Defendants Thomas and Mason because relief under Title VII is against the employer, not individual employees who violated the Act. (Doc. no. 6, p. 4.)

Plaintiff has now submitted her objections to the Magistrate Judge's R&R (doc. no. 15), and because the Court adopted the Magistrate Judge's R&R before Plaintiff submitted her objections, the Court **VACATES** its earlier adoption order (doc. no. 13). Reviewing

Plaintiff's objections, which include numerous medical and employment records, the Court finds Plaintiff's objections do not change the Court's prior ruling that dismissal of the individual Defendants is proper. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the R&R of the Magistrate Judge as its opinion and **DISMISSES** Defendants Thomas and Mason.

SO ORDERED this 26th day of June, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA